# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,

v

DOMONIQUE CAMPBELL,

      Defendant,

and

TEACHER RETIREMENT
SERVICE OF TEXAS,

      Garnishee.

Case No.:2:14-mc-50951
Hon. Matthew F. Leitman

_____/

## FINAL ORDER OF CONTINUING GARNISHMENT

Upon consideration of the Writ of Continuing Garnishment for funds belonging to or being held on behalf of the Defendant-Judgment Debtor, Domonique Campbell n/k/a Domonique Rochon, the Answer of the Garnishee, and the United States' Unopposed Motion for Final Order of Continuing Garnishment and memorandum in support of the garnishment, and pursuant to 28 U.S.C. § 3205(c)(7), the Court will enter a final order regarding the disposition of property subject to the Writ, and therefore, it is hereby

**ORDERED** that the United States' Unopposed Motion for Final Order of Continuing Garnishment is **GRANTED**; and

**IT IS SO ORDERED** that pursuant to 18 U.S.C. § 3613(c), a lien is imposed against all of the Defendant-Judgment Debtor, Domonique Campbell n/k/a Domonique Rochon's, property and rights to property in the custody or control of the Garnishee, Teacher Retirement System of Texas ("TRS"). The Defendant Judgment-Debtor is encumbered from accessing or depleting the funds held by TRS as identified in its Answer, including any jointly held property and/or property frozen at the time of the service of the Writ or thereafter without prior notification to the United States Attorney's Office for the Eastern District of Michigan of a qualified life event, hardship withdrawal, rollover option, etc. if requested by the Defendant; and

**IT IS SO ORDERED** that the Garnishee TRS shall disburse the entire allowable amount of any lump sum or non-periodic payment to which the Defendant is entitled, less any tax withholding required by law. In the event the Defendant begins receiving a monthly retirement annuity or other periodic payment from the Garnishee TRS, the Garnishee TRS shall pay twenty-five percent (25%), or the maximum amount allowable by law, of the annuity or periodic payment, less any tax withholding required by law.

**IT IS FURTHER ORDERED** that from the amount, as determined above, the Garnishee TRS shall make any and all proceeds payable to "Clerk of the Court (USDC – EDMI)" and reference Case No. 12CR20054 02, and send to Theodore

Levin U.S. Courthouse, Attn: Financial, 231 W. Lafayette Blvd., Rm 599, Detroit, MI 48226; and

**IT IS FURTHER ORDERED** that the Garnishee TRS is permitted to sell any invested assets to generate the funds necessary to satisfy this Order; and

**IT IS FURTHER ORDERED** that this order shall remain in effect until (1) the debt imposed in this case is paid in full; (2) the Garnishee, Teacher Retirement Service of Texas, no longer has custody, possession or control of any property belonging to the Defendant Judgment-Debtor; or (3) further Order of the Court; and,

**IT IS FURTHER ORDERED** that the Clerk of the Court shall disburse these funds in accordance with the provisions of the judgment entered in case number 12CR20054 02.

**IT IS SO ORDERED**.

s/Matthew F. Leitman  
MATTHEW F. LEITMAN  
UNITED STATES DISTRICT JUDGE

Dated:  June 23, 2025

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on June 23, 2025, by electronic means and/or ordinary mail.

s/Holly A. Ryan  
Case Manager  
(313) 234-5126